# OSBORN LAW P.C.

Daniel A. Osborn, Esq.                                                             dosborn@osbornlawpc.com
Lindsay M. Trust, Esq.                                                               ltrust@osbornlawpc.com

**MEMO ENDORSED**

November 21, 2024

**VIA ECF**

Honorable Gary Stein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Lopez Espinal v. Commissioner of Social Security,*
               Civil Action 1:24-cv-06481-GS

Dear Judge Stein,

    We write on behalf of plaintiff, Dinorah Martha Yrene Lopez Espinal, and with the consent of the defendant, to request an extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on November 28, 2024, per the Court's August 28, 2024 Standing Scheduling Order M10-468.

    Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file her motion for judgment on the pleadings on or before: **February 26, 2025**;

2. Defendant to file its response to plaintiff's motion/cross motion on or before: **April 28, 2025**; and

3. Plaintiff to file her reply, if any, on or before: **May 12, 2025.**

43 West 43rd Street, Suite 131     Telephone 212-725-9800     osbornlawpc.com
New York, New York 10036       Facsimile  212-500-5115     info@osbornlawpc.com

Honorable Gary Stein
November 21, 2024
Page 2

Thank you for your consideration of this request.

Respectfully submitted,

s/Daniel A. Osborn
Daniel A. Osborn
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone:    212-725-9800
Facsimile:    212-500-5115
dosborn@osbornlawpc.com

cc: Nahid Sorooshyari, Esq. (by ECF)

Application granted.

Date:   November 22, 2024
        New York, NY

SO ORDERED:

*Gary Stein*

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE