**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
DINORAH MARTHA YRENE L.E.,

                Plaintiff,                        24 **CIVIL** 6481 (GRJ)

        -against-                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
--------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons

set forth in the Court's Decision and Order dated June 30, 2025, Plaintiff's Motion for Judgment

on the Pleadings (Docket No. 17) is GRANTED, and this matter is remanded for further

administrative proceedings consistent with this Decision and Order.

**Dated:**  New York, New York

     July 1, 2025

                                   **TAMMI M. HELLWIG**
                                   _____
                                     **Clerk of Court**

**BY:**                              _____
                                        **Deputy Clerk**